152 A.3d 763

**VERNON, Jerome Lamont**

**v.**

**STATE of Maryland**

**Pet. Docket No. 473, Sept. Term, 2016**

Court of Appeals of Maryland.

January 23, 2017

Opinion of the Court of Special Appeals unreported (Nos. 92 & 175, Sept. Term, 2015)

Petition for writ of certiorari denied

■

152 A.3d 764

**WALLS–BEY, Bryant**

**v.**

**STATE of Maryland**

**Pet. Docket No. 375, Sept. Term, 2016**

Court of Appeals of Maryland.

January 23, 2017

Reported below: 228 Md.App. 646, 143 A.3d 631

Petition for writ of certiorari dismissed